# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA WAGONER, | |
| Plaintiff, | Civil Action No.: |
| | 2:19-cv-00570-ER |
| v. | |
| RED RAVEN PUB, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Jessica Wagoner ("Plaintiff"), by and through undersigned counsel, hereby moves this Honorable Court for Default Judgment against Defendants Phase One Enterprises, Inc. (dba Red Raven Pub), Robert St. Pierre, and Bud Cary ("Defendants"). Plaintiff avers as follows in support of her Motion:

1. A copy of the Summons and Complaint in the above-captioned matter was served on all Defendants on March 5, 2019, at 246-266 Lincoln Highway, Fairless Hills, PA 19030. *See* Affidavit of Service, ECF Doc. 16-2, 16-3.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant who is served with the Summons and Complaint must file an Answer or other responsive pleading within 21 days of being served.

3. Fed. R. Civ. P. 12(a)(1)(A)(i) required Defendants to file an Answer or other responsive pleading by March 26, 2019, 21 days from the date they were served with the Complaint.

4. Defendants failed to timely file an Answer in compliance with applicable law.

5. Defendants are not infants or incompetent persons and are not in the military of the United States.

6. Plaintiff requested this Court enter default on all Defendants on February 21, 2020.

7. Plaintiffs transmitted their motion for default to the Defendants on or around February 21, 2020.

8. This Court entered default on all Defendants on March 6, 2020.

9. To date, Defendants have not answered or otherwise appeared in the above-captioned matter.

10. The damages for a sum certain are detailed in the transcript of the hearing conducted on July 9, 2019, attached and incorporated herein as Exhibit "A." Plaintiff testified that her damages under the Fair Labor Standards Act and the Pennsylvania Wage Payment and Collection Law, including liquidated damages, amounted to $28,588.61.

11. During that hearing, Plaintiff admitted an Exhibit which detailed her damages, and Plaintiff further incorporates that exhibit by reference, a copy of which is also attached herein as Exhibit "B."

12. Plaintiff also seeks attorneys' fees of $13,195, based on 37.7 hour of work at an hourly rate of $350, as well as litigation costs in the amount of $1080, based on the information submitted in the Declaration of Joshua S. Boyette, Esq., attached hereto as Exhibit C.

13. Accordingly, Plaintiff requests that the Court enter default judgment in the amount of $28,588.61, plus $14,275 in attorneys' fees and costs, in her favor and against all Defendants.

14. In the alternative, Plaintiff requests that the Clerk of the Court order a hearing to determine the amount of damages.

Respectfully submitted,

**SWARTZ SWIDLER, LLC**

                */s/ Joshua S. Boyette*
                Joshua S. Boyette, Esq.
                1101 North Kings Highway, Suite 402
                Cherry Hill, NJ 08034
                Phone: 856-685-7420
                Fax: 856-685-7417
                jboyette@swartz-legal.com
                *Attorney for Plaintiff*

Dated: May 1, 2020