```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JESSICA WAGONER | : | CIVIL ACTION |
| | : | No. 20-570 |
| v. | : | |
| | : | |
| RED RAVEN PUB, et al. | : | |

## J U D G M E N T

**AND NOW**, this **3rd** day of **July, 2020**, it is hereby **ORDERED** that **JUDGMENT is entered in favor of Plaintiff JESSICA WAGONER,** and against **Defendants PHASE ONE ENTERPRISES INC. doing business as RED RAVEN PUB, ROBERT STPIERRE, and BUD CARY**, jointly and severally, in the amount of **$28,588.61, plus $14,275 in attorneys' fees and costs**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**